1  GORDON SILVER
   MICHAEL N. FEDER
2  Nevada Bar No. 7332
   Email: mfeder@gordonsilver.com
3  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
4  Tel:  (702) 796-5555
   Fax: (702) 369-2666
5

6  AND

7  COOLEY LLP
   JOHN C. DWYER *pro hac vice application to be submitted*
8  California Bar No. 136533
   Email: jdwyer@cooley.com
9  JESSICA VALENZUELA SANTAMARIA *pro hac vice application to be submitted*
   California Bar No. 220934
10 Email: jsantamaria@cooley.com
   ADAM C. TRIGG *pro hac vice application to be submitted*
11 California Bar No. 261498
   Email: atrigg@cooley.com
12 Five Palo Alto Square
   3000 El Camino Real
13 Palo Alto, CA 94306
   Tel:  (650) 843-5000
14 Fax:  (650) 849-7400
15

16 *Attorneys for Defendant Kennith Johnson*

17

18              UNITED STATES DISTRICT COURT

19                  DISTRICT OF NEVADA

20

| IN RE RINO INTERNATIONAL CORPORATION DERIVATIVE LITIGATION | CASE NO. 2:10-CV-02209-RLH-GWF (Consolidated with 2:10-CV-02244-KJD-GWF) |
|---|---|
| This document relates to:  ALL ACTIONS | **SUBSTITUTION OF ATTORNEYS FOR KENNITH JOHNSON** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1220173.doc

1   Defendant KENNITH JOHNSON hereby substitutes MICHAEL N. FEDER of the law

2   firm of GORDON SILVER, and JOHN C. DWYER, JESSICA VALENZUELA

3   SANTAMARIA, and ADAM C. TRIGG of the law firm of COOLEY, LLP, as his attorneys of

4   record and does hereby consent to the substitution of the foregoing attorneys and their respective

5   law firm affiliations as attorneys of record for Defendant in the above entitled matter in place and

6   stead of the law firms of SNELL & WILMER LLP and SHEARMAN & STERLING LLP.

7   Dated this 25ᵗʰ day of May 2011.          Dated this 26ᵗʰ day of May 2011.

8

9   SNELL & WILMER LLP                         SHEARMAN & STERLING LLP

10

11   _____          _____

12   Patrick G. Byrne (State Bar No. 7636)     Jeffrey S. Facter, *admitted pro hac vice*
     Richard C. Gordon (State Bar No. 9036)    Patrick D. Robbins, *admitted pro hac vice*
13   3883 Howard Hughes Parkway, Suite 1100    Emily V. Griffen, *admitted pro hac vice*
     Las Vegas, NV 89169-5958                  525 Market Street, Suite 1500
14   Telephone: (702) 784-5200                 San Francisco, CA 94105-2723
     Facsimile: (702) 784-5252                 Telephone: (415) 616-1100
15   Email: pbyrne@swlaw.com                   Facsimile: (415) 616-1199
     rgordon@swlaw.com                         Email: jfacter@shearman.com
16                                             probbins@shearman.com
17                                             egriffen@shearman.com

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

FINAL USDC Substitution of Attorney (2).doc                2 of 4

**CONSENT TO SUBSTITUTION BY ATTORNEYS**

1

2      Michael N. Feder of the law firm of Gordon Silver, and John C. Dwyer, Jessica

3   Valenzuela Santamaria and Adam C. Trigg of the law firm of Cooley, LLP, do hereby agree to

4   be substituted in the place of the law firms of Snell & Wilmer LLP and Shearman & Sterling

5   LLP as attorneys of record for Defendant Kennith Johnson, in the above-entitled matter.

6

7   Dated this _____ day of May 2011.          Dated this _____ day of May 2011.

8   GORDON SILVER                              COOLEY LLP

9

10  MICHAEL N. FEDER                           JOHN C. DWYER *pro hac vice application to
    Nevada Bar No. 7332                        be submitted*
11  Email: mfeder@gordonsilver.com             California Bar No. 136533
    3960 Howard Hughes Pkwy., 9th Floor        Email: jdwyer@cooley.com
12  Las Vegas, Nevada 89169                    JESSICA  VALENZUELA  SANTAMARIA
13  Tel: (702) 796-5555                        *pro hac vice application to be submitted*
    Fax: (702) 369-2666                        California Bar No. 220934
14                                             Email: jsantamaria@cooley.com
                                               ADAM C  TRIGG *pro hace vice application to
15                                             be submitted*
                                               California Bar No. 261498
16                                             Email: atrigg@cooley.com
17                                             Five Palo Alto Square
                                               3000 El Camino Real
18                                             Palo Alto, CA 94306
                                               Tel: (650) 843-5000
19                                             Fax: (650) 849-7400

20                                             Attorneys for Defendant Kennith Johnson

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

3 of 4

FINAL USDC Substitution of Attorney.doc

1

**CONSENT TO SUBSTITUTION BY DEFENDANT**

2      Defendant Kennith Johnson does hereby consent to the substitution of Michael N. Feder

3  of the law firm of Gordon Silver, and John C. Dwyer, Jessica Valenzuela Santamaria and Adam

4  C. Trigg of the law firm of Cooley, LLP, as attorneys of record for him in the above-entitled

5  matter.

6      Dated this 2*/* day of May 2011.

7

8                                      KENNITH JOHNSON

9

10                                  **IT IS SO ORDERED.**

11

12                                  **GEORGE FOLEY, JR.**

13                                  **United States Magistrate Judge**

14                                  **DATED:   June 1, 2011**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

FINAL USDC Substitution of Attorney.doc

4 of 4

## CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 31st day of May 2011, she caused a copy of the foregoing **SUBSTITUTION OF ATTORNEYS FOR KENNITH JOHNSON**, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Brett D. Stecker, Esq.<br>bds@weiserlawfirm.com | Richard Gordon, Esq.<br>Rgordon@swlaw.com<br>gkim@swlaw.com |
| Emily v. Griffen, Esq.<br>egriffen@shearman.com<br>rcheatham@shearman.com | Robert B. Weiser, Esq.<br>rw@weiserlawfirm.com |
| Jeffrey J. Ciarlanto, Esq.<br>jjc@weiserlawfirm.com | Rusty E. Glenn, Esq.<br>rusty@shumanlawfirm.com |
| Jeffrey S. Facter, Esq.<br>jfactrer@shearman.com<br>rcheatham@shearman.com | Sean T. Strauss, Esq.<br>Sean.strauss@shearman.com |
| John P. Aldrich, Esq.<br>jaldrich@johnaldrichlawfirm.com<br>cgreen@johnaldrichlawfirm.com<br>mspring@johnaldrichlawfirm.com | Kip B. Shuman, Esq.<br>kip@shumanlawfirm.com<br>lisa@shumanlawfirm.com |
| Patrick D. Robbins, Esq.<br>probbins@shearman.com<br>rcheatham@shearman.com | Patrick G. Byrne, Esq.<br>pbyrne@swlaw.com<br>docket-las@swlaw.com<br>jvonsites@swlaw.com |

/s/ Bobbye Donaldson

. Bobbye Donaldson, an employee of
GORDON SILVER

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002.001/1223892.doc

1 of 1