John P. Aldrich, Esq.
Nevada State Bar No.: 6877
**ALDRICH LAW FIRM, LTD**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
(702) 853-5490

Kip B. Shuman, Esq.
Rusty E. Glenn, Esq.
**THE SHUMAN LAW FIRM**
885 Arapahoe Avenue
Boulder, CO 80302
(303) 861-3003
(303) 484-4886 (fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE RINO INTERNATIONAL CORPORATION DERIVATIVE LITIGATION ) ) ) ) | Lead Case No. 2:10-cv-02209-MMD-GWF (Consolidated with case no. 2:10-cv-02244-KJD-DWF) |
| This Document Relates To: ) ) ALL ACTIONS ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23.1(c), and upon the Stipulation and Agreement of Settlement (the "Stipulation") dated November 28, 2012, attached as Exhibit 1[1] to the Memorandum and Points of Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement filed concurrently herewith, plaintiffs Andrew Nguyen and Robert Binnewies (collectively, "Nevada Federal Plaintiffs"), derivatively on behalf

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

of RINO International Corporation ("RINO" or the "Company") respectfully move this Court for entry of an Order in the form attached as Exhibit C to the Stipulation (the parties proposed "Preliminary Approval Order"):

    1.    Granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

    2.    Approving the proposed substance and form of the Notice, attached as Exhibit B to the Stipulation;

    3.    Preliminarily approving Plaintiffs' Counsel's unopposed Fee Award; and

    4.    Scheduling a Settlement Hearing date.

The proposed Preliminary Approval Order includes blanks for the date and time of the Settlement Hearing, which the Court must complete in order to properly effectuate the Settlement. In this regard, Nevada Federal Plaintiffs request the following schedule, if the Court preliminarily approves the Settlement:

| Event | Time for Compliance |
|---|---|
| Deadline for publishing the Notice once in *Investor's Business Daily* | Not later than ten (10) business days following the entry of the Preliminary Approval Order |
| Deadline for filing of papers in support of the final approval of Settlement | At least twenty-eight (28) calendar days prior to the Settlement Hearing |
| Deadline that any objections to the Settlement must be filed with the Court | At least fourteen (14) calendar days prior to the Settlement Hearing |
| Deadline for filing of any response to objections, if any, by Current RINO Shareholders | At least seven (7) calendar days prior to the Settlement Hearing |
| Settlement Hearing date | Fifty-five (55) calendar days after entry of the Preliminary Approval Order, or later at the Court's convenience |

2

Many of the dates for the events set forth above are tied either to the entry of the proposed Preliminary Approval Order or to the Settlement Hearing date, which Nevada Federal Plaintiffs respectfully request to be scheduled approximately fifty-five (55) days after the entry of the Preliminary Approval Order, or at a later date at the Court's convenience. If this schedule is not convenient for the Court, Nevada Federal Plaintiffs request that the Court utilize similar time intervals for the events in completing the proposed Preliminary Approval Order.

For the reasons set forth in the Stipulation and the accompanying Memorandum and Points of Authorities in Support, Nevada Federal Plaintiffs respectfully request that the Court find that the proposed Settlement merits preliminary approval.

Dated: November 29, 2012  **ALDRICH LAW FIRM, LTD.**

*s/ John P. Aldrich*
John P. Aldrich, Esq.
Nevada Bar No. 6877
1601 S. Rainbow Blvd, Ste 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (fax)

*Local Counsel for Nevada Federal Plaintiffs*

**THE SHUMAN LAW FIRM**
Kip B. Shuman
Rusty E. Glenn
885 Arapahoe Avenue
Boulder, CO 80302
(303) 861-3003
(303) 484-4886 (fax)

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
Jeffrey J. Ciarlanto
22 Cassatt Avenue

First Floor
Berwyn, PA 19312
Phone: (610) 225-2677
Fax: (610) 408-8062

**THE WEISER LAW FIRM, P.C.**
Kathleen A. Herkenhoff
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Phone: (858) 794-1441
Fax: (858) 794-1450

*Lead Counsel for Nevada Federal Plaintiffs*