Patrick G. Byrne (State Bar No. 7636)
Richard C. Gordon (State Bar No. 9036)
SNELL & WILMER LLP
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  pbyrne@swlaw.com
          rgordon@swlaw.com

Jeffrey S. Facter, *admitted pro hac vice*
Patrick D. Robbins, *admitted pro hac vice*
Emily V. Griffen, *admitted pro hac vice*
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA  94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
          probbins@shearman.com
          egriffen@shearman.com

*Attorneys for Nominal Defendant*
*RINO International Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE RINO INTERNATIONAL CORPORATION DERIVATIVE LITIGATION, | Lead Case No. 2:10-cv-02209-MMD-GWF (Consolidated with 2:10-cv-02244-KJD-GWF) |
| This Document Relates To: | NOTICE OF RELATED CASE TRANSFERRED TO THIS COURT AND REQUEST FOR CONSOLIDATION PURSUANT TO CONSOLIDATION ORDER |
| ALL ACTIONS | |

NOTICE OF RELATED CASE
REQUEST FOR CONSOLIDATION

306065

Pursuant to this Court's January 18, 2011 Order re: Stipulation re: (1) Consolidation of Related Case; (2) Acceptance of Service; (3) Appointment of Lead Counsel and Liaison Counsel; and (4) Setting a Briefing Schedule [#21] (the "Consolidation Order") and Local Rule 7-2.1, Nominal Defendant RINO International Corporation ("RINO") hereby notifies the Court that a related shareholder derivative action alleging the same or substantially the same transactions and events and involving almost identical parties as the present action has been transferred to the District of Nevada from the Central District of California.  In addition, RINO requests that the Court consolidate that transferred action with this consolidated action pursuant to the Consolidation Order.

The related case which has been transferred to this District from the Central District of California is captioned *Morningstar v. Dejun*, Case No. CV 11-00655 DDP (VBKx), which received a new case number once it was transferred to the District of Nevada:  2:13-cv-00427-JCM-GWF (the "*Morningstar* Action").  The March 12, 2013 Order re: Transfer to District of Nevada in the *Morningstar* Action is attached hereto as Exhibit 1 ("Transfer Order"), and a letter of transmittal from the Central District of California is attached hereto as Exhibit 2.  The Transfer Order explains, in relevant part:

> This case is one of four shareholder derivative suits filed on behalf of RINO.  This is the second such action filed in federal court.  The first (the "Nevada Action") was filed in the District of Nevada on December 20, 2010, approximately one month before this case was initiated.
>
>  . . . The parties to the Nevada Action moved for preliminary settlement approval in November 2012.  The parties here appear to agree that final approval of the proposed settlement in the Nevada Action will extinguish Plaintiffs' claims in this case. . . .
>
> The "first-to-file" rule "permits this court to decline jurisdiction when a complaint involving the same parties and issues has already been filed in another district."  In such cases, this court may, in its discretion, stay, transfer, or dismiss the later-filed suit. The rule promotes judicial efficiency and reduces the risk of inconsistent decisions.  Threshold factors include 1) the chronology of the actions, 2) the similarity of the parties, and 3) the similarity of the issues.
>
> All three factors here weigh in favor of transfer to the District of Nevada. The chronology and similarity of issues are not in dispute.

1   Ex. 1 at 1-3 (internal citations omitted).

2          This Court's Consolidation Order, which consolidated two related shareholder derivative

3   cases into this single consolidated action in this Court, provides in relevant part:

4              The parties agree that the Court's Order shall apply to each case, arising out
               of the same or substantially the same transactions or events as these cases,
5              which is subsequently filed in, removed to or transferred to this Court.

6              The parties agree that when a case which properly belongs as part of the *In
               re RINO International Corporation Derivative Litigation*, Lead Case No.
7              Case No. 2:10-cv-02209-RLH-GWF, is hereafter filed in the Court or
               transferred here from another court, this Court requests the assistance of
8              counsel in calling to the attention of the clerk of the Court the filing or
               transfer of any case which might properly be consolidated as part of the *In
9              re RINO International Corporation Derivative Litigation*, Lead Case
               No. Case No. 2:10-cv-02209-RLH-GWF, and counsel are to assist in
10             assuring that counsel in subsequent actions receive notice of the Court's
               Order.
11

12  Consolidation Order, ¶¶ 18-19.

13         Therefore, pursuant to the Consolidation Order and Local Rule 7-2.1, RINO hereby

14  notifies the Court of the transfer of the *Morningstar* Action to the District of Nevada, and requests

15  that the *Morningstar* Action be consolidated as part of *In re RINO International Corporation

16  Derivative Litigation*, Lead Case No. 2:10-cv-02209-MMD-GWF.  RINO further requests that the

17  terms and provisions of the Consolidation Order shall apply to the *Morningstar* Action as well.

18

19  Dated:  March 14, 2013                    /s/ Patrick G. Byrne
20                                            SNELL & WILMER LLP
                                              Patrick G. Byrne
21                                            Richard C. Gordon
                                              Hughes Center
22                                            3883 Howard Hughes Parkway
                                              Suite 1100
23                                            Las Vegas, NV  89169-5958
                                              Telephone: (702) 784-5200
24                                            Facsimile: (702) 784-5252
25
                                              SHEARMAN & STERLING LLP
26                                            Jeffrey S. Facter, *admitted pro hac vice*
                                              Patrick D. Robbins, *admitted pro hac vice*
27                                            Emily V. Griffen, *admitted pro hac vice*
                                              Four Embarcadero Center, Suite 3800
28

San Francisco, CA  94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Attorneys for Nominal Defendant*
*RINO International Corporation*


* * *


**ORDER**


Pursuant to this Court's January 18, 2011 Order re: Stipulation re: (1) Consolidation of Related Case; (2) Acceptance of Service; (3) Appointment of Lead Counsel and Liaison Counsel; and (4) Setting a Briefing Schedule [#21] (the "Consolidation Order"), a related case which has been transferred to this District from the Central District of California, captioned *Morningstar v. Dejun*, Case No. 2:13-cv-00427-JCM-GWF (the "*Morningstar* Action"), is hereby consolidated as part of *In re RINO International Corporation Derivative Litigation*, Lead Case No. 2:10-cv-02209-MMD-GWF.  The terms and provisions of the Consolidation Order shall apply to the *Morningstar* Action as well.


IT IS SO ORDERED.


_____
MIRANDA DU
United States District Judge


DATED: _____

# EXHIBIT 1

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

M. AILEEN MORNINGSTAR and )   Case No. CV 11-00655 DDP (VBKx)
ALICE SLETTEDAHL,           )
Derivatively on Behalf of   )
Nominal Defendant RINO       )
INTERNATIONAL CORPORATION,   )   **ORDER RE: TRANSFER TO DISTRICT OF**
                             )   **NEVADA**
              Plaintiffs,    )
                             )
      v.                     )
                             )
ZOU DEJUN, KENNITH C.        )
JOHNSON, QUAN XIE, BEN WANG, )
LI YU, BRUCE RICHARDSON, YI  )
LIU, ZHANG WEIGUO and RINO   )
INTERNATIONAL CORPORATION,   )   [Dkt. No. 90]
                             )
              Defendants.    )
_____ )

       Presently before the court is Nominal Defendant RINO

International Corportation's Motion to Stay this shareholder

derivative action.

       This case is one of four shareholder derivative suits filed on

behalf of RINO.  This is the second such action filed in federal

court.  The first (the "Nevada Action") was filed in the District

1  of Nevada on December 20, 2010, approximately one month before this

2  case was initiated.[1]

3      Defendants Zou Dejun and Qiu Jianping recently sold two

4  California houses to help fund the settlement of a related

5  shareholder class action in this court.  (Declaration of Robin

6  Winchester ¶ 36.)  Plaintiffs in this case believe that the home

7  sales yielded an excess of approximately $2.4 million.  (Id. ¶ 37.)

8  Plaintiffs have sought discovery regarding these assets, and intend

9  to seek to establish a constructive trust over the $2.4 million.

10 (Id. ¶ 49.)

11     In the meantime, the Nevada Action has proceeded, and may soon

12 settle.  The parties to the Nevada Action moved for preliminary

13 settlement approval in November 2012.  The parties here appear to

14 agree that final approval of the proposed settlement in the Nevada

15 Action will extinguish Plaintiffs' claims in this case.

16     The court in the Nevada Action has yet to rule on the pending

17 motion for preliminary approval.  Even if the court does

18 preliminarily approve the settlement, Plaintiffs here intend to

19 object to the settlement in the Nevada Action at the final approval

20 stage.

21     The "first-to-file" rule "permits this court to decline

22 jurisdiction when a complaint involving the same parties and issues

23 has already been filed in another district."  Apple Inc. v.

24 Psystar, 658 F.3d 1150, 1161 (9th Cir. 2011) (quotation and

25 citation omitted).  In such cases, this court may, in its

26 discretion, stay, transfer, or dismiss the later-filed suit.

27 _____

28     [1] The Nevada suit is In re RINO International Derivative
    Litigation, No. 10-cv-2209-MMD-GWF.

1  Cedars-Sinai Med. Center v. Shalala, 125 F.3d 765, 769 (9th Cir.

2  1997).  The rule promotes judicial efficiency and reduces the risk

3  of inconsistent decisions.  Alltrade, Inc. v. Uniweld Prods., Inc.,

4  946 F.2d 622, 625 (9th Cir. 1991); Meru Networks, Inc. v. Extricom

5  Ltd., No. C-10-2021 RMW, 2010 WL 346315 at *3 (N.D. Cal. Aug. 31,

6  2010).  Threshold factors include 1) the chronology of the actions,

7  2) the similarity of the parties, and 3) the similarity of the

8  issues.  Alltrade, 946 F.2d at 625.

9       All three factors here weigh in favor of transfer to the

10 District of Nevada.  The chronology and similarity of issues are

11 not in dispute.  Though Plaintiffs argue that there is one

12 defendant in this case who is not named in the Nevada Action, the

13 parties in the two actions need only be substantially similar for

14 the first-to-file rule to apply.  Nat'l Union Fire Ins. Co. of

15 Pittsburgh v. Payless Shoesource, Inc., No. C-11-1892 EMC, 2012 WL

16 3277222 at *3 (N.D. Cal. Aug. 9, 2012).

17      Accordingly, Defendant's motion is, for all intents and

18 purposes, GRANTED.  Rather than stay this case, however, the court

19 transfers this matter to the District of Nevada.[2]

20 IT IS SO ORDERED.

21

22 Dated: March 12, 2013

                                    DEAN D. PREGERSON
23                                  United States District Judge

24

25

26

27      [2] Whether this case should be consolidated, the role of
   Plaintiffs' present counsel, and whether to establish a
28 constructive trust over any Defendant's assets are issues best left
   to the Nevada court.

# EXHIBIT 2



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court

District of    Nevada

333 Las Vegas Boulevard South

Las Vegas, NV 89101-7065

**Re:**   Transfer of our Civil Case No.    CV11-655-DDP(VBKx)

Case Title:    M. Aileen Morningstar -v- Zou Dejun

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐    Original case file documents are enclosed in paper format.
☑    Electronic Documents are accessible through Pacer.
☐    Other:

Very truly yours,

Clerk, U.S. District Court

Date:    March 13, 2013

By    Brent Pacillas
          Deputy Clerk

*cc:*   *All counsel of record*

=================================================================================================
### TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐    CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐    CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐    CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number:

Clerk, U.S. District Court

Date:    By

          Deputy Clerk